IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv484
(3:08cr256)

| | | |
|---|---|---|
| TERRENCE DEVON GARMON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on its own motion.

An evidentiary hearing regarding Petitioner's claim that his attorney refused to file an appeal has scheduled for Monday, February 7, 2011 at 9:45 a.m. in the Robert D. Potter Courtroom of the United States Courthouse in Charlotte, North Carolina. (Doc. No. 5).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Terrence Devon Garmon (Reg. No. 23243-058) present in Charlotte, North Carolina forthwith, but not later than February 7, 2010 at 9:45 a.m. for the hearing.

The Clerk is directed to certify copies of this Order to Petitioner, the Community Defender, the United States Attorney, and the United States Marshals Service.

Signed: January 7, 2011

Robert J. Conrad, Jr.
Chief United States District Judge